UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-cr-20275
Hon. Matthew F. Leitman

v.

JASON REIMUNDO PALACIO,

    Defendant.

_____/

# ORDER DENYING DEFENDANT'S MOTION FOR BOND (ECF No. 27)

Defendant Jason Reimundo Palacio is awaiting sentencing in this Court. Palacio has pleaded guilty to one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c). (*See* Rule 11 Plea Agmt., ECF No. 21.) Palacio previously consented to detention. (*See* Detention Order, ECF No. 6.)

On April 8, 2020, Palacio filed a motion for bond. (*See* Mot., ECF No. 27.) The Court held a telephonic hearing on Palacio's motion on April 13, 2020. (*See* Notice of Hearing, ECF No. 29.) For the reasons explained on the record during the motion hearing, Palacio's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: April 13, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764