UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        Case No. 19-cr-20275
                                        Hon. Matthew F. Leitman

JASON REIMUNDO PALACIO,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNSEL AND/OR REQUEST ASSIGNMENT OF COUNSEL (ECF #43)

A hearing was held on February 19, 2021 on Defendant's Motion to Dismiss Counsel and/or Request Assignment of Counsel [Doc. #43]. For the reasons stated on the record by counsel, the defendant, and this Court, the Court will grant the motion. Therefore,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Counsel and/or Request Assignment of Counsel is **GRANTED** and the Federal Community Defender's Office is directed to assign an attorney from the CJA Panel to be appointed and substituted to represent Defendant.

**IT IS FURTHER ORDERED** that the parties shall appear for a status conference on a date and time to be set by the Court once new counsel has filed an appearance.

**IT IS FURTHER ORDERED** that the time period from February 19, 2021 until the status conference shall be excludable from the time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764